DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OJIWE ARMS OF COMFORT GROUP HOME, OWNED AND OPERATED BY OJIWE GENTLECARE OF S FL, LLC,**
Appellant,

v.

**STATE OF FLORIDA, AGENCY FOR PERSONS WITH DISABILITIES,**
Appellee.

No. 4D21-1066

[February 24, 2022]

Appeal from the State of Florida, Agency for Persons with Disabilities; L.T. Case Nos. APD19-6030, DOAH 19-4674FL, and DOAH 19-6030FL.

Frantz Olivier of Olivier & Associates, P.A., Miami, for appellant.

Trevor Suter, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***